# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

James M. Bundy,

    Plaintiff,

    v.                                **Case No. 2:17-cv-411**

Commissioner of Social Security,        **Judge Michael H. Watson**
                                        **Magistrate Judge Jolson**

    Defendant.

## ORDER

The parties have jointly moved to remand the case, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings. Mot., ECF No. 12.

The joint motion of the parties, ECF No. 12, is **GRANTED**. The decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

This action is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**