**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

James M. Bundy,

    vs.                                Case No. 2:17-cv-411

Commissioner of Social Security,        **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 9, 2017 Order, the Court GRANTS the Parties Joint Motion to REMAND; the decision of the Commissioner is REVERSED; and the matter is REMANDED to the Commissioner of Social Security for further administrative proceedings.

Date: **November 9, 2017**        Richard W. Nagel, Clerk

                                                  s/ Jennifer Kacsor

                                                  By Jennifer Kacsor/Courtroom Deputy